# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-150
Lower Tribunal No. CF16-654

_____

EARNEST LAVON TURNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and MIZE, JJ., concur.

Rachael E. Reese and Olivia M. Nathan, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED